Rodney & Dawn Chestnut
112 W Bartlett Road
Middle Island  NY 11953

**CV 10 4244**

**SEYBERT, J**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**LINDSAY, M**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★  SEP 17 2010  ★
LONG ISLAND OFFICE

**Rodney & Dawn Chestnut**

Plaintiff,

vs.

**Wells Fargo Bank, N.A**

Defendant

Case # _____

**ORIGINAL PETITION**

## PLAINTIFF'S DEMAND FOR JURY TRIAL

Plaintiff, Rodney & Dawn Chestnut assert their rights under the Seventh Amendment to the U.S. Constitution and demands, in accordance with Federal Rule of Civil Procedure 38, a trial by jury on all issues.

**Respectfully Submitted,**

*/s/ Rodney Chestnut*        */s/ Dawn Chestnut*
**Rodney Chestnut**            **Dawn Chestnut**