# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

Website: <www.nyed.uscourts.gov>

**ROBERT C. HEINEMANN**
CLERK OF THE COURT

☐ PLEASE REPLY TO:
**BROOKLYN COURTHOUSE**
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201
(718) 260-2280

☒ **LONG ISLAND COURTHOUSE**
100 FEDERAL PLAZA
CENTRAL ISLIP, NY 11722
(631) 712-6000

September 20, 2010

Dawn and Rodney Chestnut
112 W. Barlett Rd.
Middle Island, NY 11953

In re: CV-10-4244 (JS)(ARL)
Conkling v. Brookhaven Nat'l Laboratory

Dear *Pro Se* litigant:

Pursuant to Rule 4 of the Federal Rules of Civil Procedure, as the plaintiff in the above-entitled action, you are responsible to serve the summons and complaint upon each of the defendants in the action or, in the alternative, obtain a waiver of service of summons. You have 120 days from the date you filed your complaint to complete service of the summons and complaint and to file the proof of service with this Court. Further instructions regarding service are enclosed.

If you have any questions, please contact the *Pro Se* Office at the address above, or at (631) 712-6060.

Very truly yours,
Robert C. Heinemann
Clerk of Court

By: /s/C.Vukovich
*Pro Se* Paralegal

enc.