# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



                **PLEASE REPLY TO:**

                PRO SE OFFICE / LONG ISLAND
                100 FEDERAL PLAZA
                P.O. BOX 9014
                CENTRAL ISLIP, NY 11722-9014
                PH: 631-712-6060

TO: Dawn and Rodney Chestnut
112 W. Barlett Road
Middle Island, NY 11953

FROM: Pro Se Office, E.D.N.Y.
By:/s/C.Vukovich

DATE: September 23, 2010

SUBJECT: 10-CV-4244 (JS)(ARL)
Chestnut v. Wells Fargo Bank, N.A.

This is to follow up on the Restraining Order and Temporary Injunction filed by you on September 17, 2010.

As discussed at the time of filing, you are required to serve all papers on the Defendant and file proof of service with the Court. At the time of filing, you indicated that the papers would be served on Monday September 20, 2010. You are reminded that proof of service must be filed with the Court.

Please contact the Pro Se Office if you have any questions.