Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* WELLS FARGO BANK, N.A.
was received by me on *(date)* 9-28-10.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* BRADLEY ELLISON, who is designated by law to accept service of process on behalf of *(name of organization)* WELLS FARGO BANK, N.A. on *(date)* 9-28-10 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 125.00 for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 9-29-10

*Server's signature*

JEFF KING 2006-60, REGISTERED PROCESS SERVE
*Printed name and title*

1754 36th STREET, SACRAMENTO, CA 95816
*Server's address*

Additional information regarding attempted service, etc:

# Legalese.

ATTORNEY SERVICE, inc.

1754 36th Street
Sacramento, CA 95816
(916) 453-2860
(fax) 453-2875
eid# 20-4070920

**INVOICE DATE:** 09/28/2010

**INVOICE NUMBER:** 292054-

Client **CHESTNUT, RODNEY**
Address **112 W. BARTLETT RD**
**MIDDLE ISLAND, NY 11953**

Client # **4639613**
Phone **(631) 463-9613**   Fax:
Client File **CV104244**
Contact: *

Case No.: **CV104244**
Court: **UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**
Plaintiff: **RODNEY & DAWN CHESTNUT**
Defendant: **WELLS FARGO BANK, N.A.**
Servee: **WELLS FARGO BANK, N.A.**

Documents:
  SUMMONS; PETITION FOR TEMPORARY INJUNCTION; ORIGINAL PETITION; PETITION FOR RESTRAINING ORDER

| DESCRIPTION | SERVICES | CHARGES |
|---|---|---|
| Served: WELLS FARGO BANK, N.A. at 2730 GATEWAY OAKS DR - 100, SACRAMENTO, CA 95833.<br><br>YOUR PAYMENT OF $75.00, BY CHECK #18230002784, HAS BEEN APPLIED HERETO. THANK YOU! | CITY OF SACRAMENTO<br>RUSH HANDLING<br>SHIPPING [FED EX] | 75<br>50<br>32 |

INVOICE TOTAL   $82

Order#: 29205