```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
DAWN CHESTNUT AND RODNEY CHESTNUT,

                Plaintiffs,         MEMORANDUM & ORDER
                                    10-CV-4244 (JS)(ARL)
        -against-

WELLS FARGO BANK, N.A.,

                Defendant.
----------------------------------------X
APPEARANCES:
For Plaintiffs:    Dawn Chestnut, pro se
                   112 W. Barlett Road
                   Middle Island, NY 11953

                   Rodney Chestnut, pro se
                   112 W. Barlett Road
                   Middle Island, NY 11953

For Defendant:     No appearances.
```

SEYBERT, District Judge:

Defendant is ORDERED TO SHOW CAUSE why the Court should not grant Plaintiffs' pending motions for a temporary restraining order and a preliminary injunction (Docket Nos. 2, 3). Defendant's opposition to the pending motions is due October 14, 2010. The Court will hold a show cause hearing on October 19, 2010 at 10:00 a.m.

The Clerk of the Court is directed to promptly serve a copy of this Order on the Plaintiffs, who have appeared pro se. Plaintiffs, in turn, must serve a copy of this Order upon Defendant by October 11, 2010, and then file proof of such service with this Court by October 12, 2010.

```
                                        SO ORDERED


                                        _____/s/_____
                                        Joanna Seybert, U.S.D.J.

Dated:    Central Islip, New York
          October 7, 2010
```