| Plaintiffs Notice of Lis Pendens | Case: CV-10-4244 |
|---|---|

**RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:**
Rodney Chestnut
112 West Bartlett Rd
Middle Island, NY 11953

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ OCT 01 2010 ★

LONG ISLAND OFFICE

Name: **RODNEY N CHESTNUT** and
**DAWN M CHESTNUT**, H/W
Address: 112 West Bartlett Rd
City, State, Zip: Middle Island, NY 11953
Daytime Phone: 631-354-4135
*Representing Self, Without a Lawyer*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW YORK

**RODNEY N CHESTNUT** and )
**DAWN M CHESTNUT**, H/W )
Plaintiff )
) CASE NO: **CV-10-4244**
)
) **NOTICE OF PENDENCY**
) **OF ACTION**
v ) **(LIS PENDENS)**
)
**WELLS FARGO BANK, N.A.** ) (Hon Joanna Seybert)
Defendant )
_____ )

Notice is hereby given that the above entitled action was filed in the above entitled court on September 17, 2010 by Plaintiffs Rodney N and Dawn M Chestnut against Defendant Wells Fargo Bank, N.A.. The action affects the right, title and interest to real property located at 112 West Bartlett Rd, County of Suffolk, State of New York, (District: 0200, Section: 498.00 Block: 02.00 Lot: 029.000) whose legal description is as follows:

"ALL THAT CERTAIN PLOT, PIECE, OR PARCEL OF LAND, situate, lying, and being in the Town of Brookhaven, County of Suffolk and State of New York,



known and designated on a certain map entitled, "Map of Nord Park, Section 1 situate near West Yaphank, Stuart Nordmark Owner" and filed in the Office of the Clerk of the County of Suffolk on May 10, 1948 as Number 1621 as and part of Lot Numbered 3, bounded and described as follows:"

The Deed of Trust was signed on August 10, 2005 and electronically recorded in Suffolk County, State of New York, on October 21, 2005 as record 2005-CW81465.

DATED this _____1ST_____ day of October, 2010

_____    _____
**RODNEY N CHESTNUT**                              **DAWN M CHESTNUT**

## ACKNOWLEDGMENT

Subscribed and sworn to be before me this _____1st_____ day of October, 2010, a notary public, **RODNEY N CHESTNUT** and **DAWN M CHESTNUT**, known to be the persons whose name is subscribed to this instrument, and acknowledge that they executed the same for the purposes contained therein.

IN WITNESS HEREOF, I hereunto set my hand and official seal.

JESSICA CARRASQUILLO
Notary Public, State of New York
No. 01CA6224837
Qualified in Suffolk County
COMMISSION EXPIRES 07/19/2014

_____
Notary Public

My Commission Expires: _____7/19/14_____

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and exact copy of the above has been furnished by U.S. Mail on this ___1ST___ day of October, 2010 to the following:

Wells Fargo Bank, N.A
2780 Gateway Oaks DR-100
Sacramento, CA 95833

_____
RODNEY N CHESTNUT