# Affidavit of Process Server

## NEW YORK DISTRICT COURT

**CHESTNUT vs WELLS FARGO BANK, N.A.**   Case Number: **10-CV-4244 (JS) (ARL)**

I **EVELYN PETTENGELL**, being first duly sworn, depose and say: that I am over the age of 18 years and not a part to this action, and that within the boundries of the state where service was effected, I was authorized by law to perform said service.

Party Served: **WELLS FARGO BANK, N.A.**
BY SERVING: **BECKY DEGEORGE - CLERK, CSC, AGENT FOR SERVICE**
   Age: 50    Weight: 170    Hair: BLN    Sex: Female
   Height: 5-7    Eyes: BLU    Skin: CAUC    Marks:

Documents Served: **MEMORANDUM & ORDER**

Served at Place of Business: **2730 GATEWAY OAKS DR - 100, SACRAMENTO, CA 95833**
Date Served: **10/07/2010**  Time of Service: **03:30 pm**

FILED
U.S. DIST... N.Y
★ OCT 12 2010 ★

LONG ISLAND OFFICE
RECEIVED
OCT 1 - 2010
EDNY PRO SE OFFICE

**Manner of Service:**

[X] **PERSONAL SERVICE:** By personally delivering copies to the person being served.

[ ] **SUBSTITUTED SERVICE AT RESIDENCE:** By personally delivering copies to the dwelling house or usual place of abode of the person (or authorized person on behalf of an entity) being served. Person receiving documents must be at least 18 years of age and should be informed of the general nature of the papers.

[ ] **SUBSTITUTED SERVICE AT BUSINESS:** By leaving, during normal business hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

[ ] **POSTING:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

[ ] **Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

[ ] Unknown at Address    Moved, Left no Forwarding    Service Cancelled by Litigant    Unable to serve in a Timely Fashion
   Address Does Not Exist    Other:

▶ *Evelyn Pettengell* (signature)
SIGNATURE OF PROCESS SERVER

State of California
County of Sacramento

Subscribed and sworn to (or affirmed) before me on this 8th day of October, 20 10 by Evelyn Pettengell, proved to me on the basis of satisfactory evidence to be the person(s) before me.

_____ (Notary Seal)
Signature

TRACY SCOTT
Commission # 1902382
Notary Public - California
Sacramento County
My Comm. Expires Sep 2, 2014

Order#: 292418/NAPPS2010