UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------------ x
RODNEY & DAWN CHESTNUT,

                Plaintiffs,

     -against-

WELLS FARGO BANK, N.A.,

                Defendant.
---------------------------------------------------------------- x

Case No. 10-CIV-4244 (JS)(ARL)

## NOTICE OF APPEARANCE

     PLEASE TAKE NOTICE that the undersigned has been retained as counsel for Defendant WELLS FARGO BANK, N.A. in the above-captioned proceeding and requests that all parties serve on the undersigned copies of all papers filed in or affecting this action.

     I certify that I am admitted to practice in this court and that I am a registered electronic case filing user.

New York, New York
October 14, 2010

                             Respectfully submitted,

                             HOGAN LOVELLS US LLP

                    By:  /s/ Allison J. Schoenthal
                             Allison J. Schoenthal
                             Hogan Lovells US LLP
                             875 Third Avenue
                             New York, New York 10022
                             Tel: (212) 918-3000
                             Fax: (212) 918-3100
                             allison.schoenthal@hoganlovells.com
                             *Attorneys for Defendant Wells Fargo Bank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of October 2010, I caused a true and correct copy of the foregoing document to be served upon:

>Rodney & Dawn Chestnut
>112 W. Bartlett Road
>Middle Island, NY 11953
>*Plaintiffs Pro Se*

by depositing the same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

I hereby further certify that on this 14th day of October 2010, I caused the foregoing document to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice to all appearing parties. Parties may access this filing through the Court's ECF System.

      /s/ Allison J. Schoenthal
      Allison J. Schoenthal