UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------------ x
RODNEY & DAWN CHESTNUT,

                Plaintiffs,

    -against-

WELLS FARGO BANK, N.A.,

                Defendant.
---------------------------------------------------------------- x

Case No. 10-CIV-4244 (JS)(ARL)

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that the undersigned has been retained as counsel for Defendant WELLS FARGO BANK, N.A. in the above-captioned proceeding and requests that all parties serve on the undersigned copies of all papers filed in or affecting this action.

      I certify that I am admitted to practice in this court and that I am a registered electronic case filing user.

New York, New York
October 14, 2010

                Respectfully submitted,

                HOGAN LOVELLS US LLP

      By:   /s/ Renee Garcia
            Renee Garcia
            Hogan Lovells US LLP
            875 Third Avenue
            New York, New York 10022
            Tel: (212) 918-3000
            Fax: (212) 918-3100
            renee.garcia@hoganlovells.com
            *Attorneys for Defendant Wells Fargo Bank, N.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of October 2010, I caused a true and correct copy of the foregoing document to be served upon:

> Rodney & Dawn Chestnut
> 112 W. Bartlett Road
> Middle Island, NY 11953
> *Plaintiffs Pro Se*

by depositing the same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

I hereby further certify that on this 14th day of October 2010, I caused the foregoing document to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice to all appearing parties. Parties may access this filing through the Court's ECF System.

　　　　　　　　　　　　　　　　　　__/s/____Renee Garcia_____
　　　　　　　　　　　　　　　　　　　　　Renee Garcia