UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------------------------- x

RODNEY & DAWN CHESTNUT

        Plaintiffs,

   -against-

WELLS FARGO BANK, N.A.,

        Defendant.

---------------------------------------------------------------- x

Case No. 10-CIV-4244 (JS)(ARL)

**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT WELLS FARGO BANK, N.A.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Wells Fargo Bank, N.A. submit this disclosure statement.

Wells Fargo Bank, N.A states that it is a wholly-owned subsidiary of Wells Fargo & Company, a publicly-held corporation. No other publicly-held corporation owns 10% or more of the stock of Wells Fargo Bank, N.A. or its parent, Wells Fargo & Company.

New York, New York
October 14, 2010

                                      HOGAN LOVELLS US LLP

                                      By: ___/s/ Renee Garcia_____
                                      Allison J. Schoenthal
                                      Victoria McKenney
                                      Renee Garcia
                                      875 Third Avenue
                                      New York, New York 10022
                                      Tel: (212) 918-3000
                                      Fax: (212) 918-3100
                                      allison.schoenthal@hoganlovells.com
                                      victoria.mckenney@hoganlovells.com
                                      renee.garcia@hoganlovells.com
                                      *Attorneys for Defendant*
                                      *Well Fargo Bank, N.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of October 2010, I caused a true and correct copy of the foregoing document to be served upon:

> Rodney & Dawn Chestnut
> 112 W. Bartlett Road
> Middle Island, NY 11953
> *Plaintiffs Pro Se*

by depositing the same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

I hereby further certify that on this 14th day of October 2010, I caused the foregoing document to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice to all appearing parties. Parties may access this filing through the Court's ECF System.

          __/s/ Renee Garcia_____
                    Renee Garcia