UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x
RODNEY & DAWN CHESTNUT,

          Plaintiffs,

   -against-

WELLS FARGO BANK, N.A.,

          Defendant.
---------------------------------------------------------------- x

Case No. 10-CIV-4244 (JS)(ARL)

## CERTIFICATE OF SERVICE

    I, Renee Garcia, attorney for Defendant Wells Fargo Bank, N.A., hereby certify that on October 14, 2010, true and correct copies of (1) Defendant Wells Fargo's Memorandum of Law in Opposition to Plaintiffs' Petitions for Temporary Injunction and Restraining Order; (2) the Declaration of Renee Garcia and the exhibits annexed thereto; (3) the Rule 7.1 Disclosure Statement of Defendant Wells Fargo Bank, N.A.; and (4) the Notices of Appearance of Allison J. Schoenthal, Victoria McKenney, and Renee Garcia, were served by USPS First Class Mail upon:

                Rodney and Dawn Chestnut
                112 W. Bartlett Road
                Middle Island, NY 11953
                *Plaintiffs Pro Se*

Dated: New York, New York
       October 14, 2010

                                    /s/   Renee Garcia
                                    Renee Garcia