UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------- x

RODNEY & DAWN CHESTNUT,

                Plaintiffs,

      -against-

WELLS FARGO BANK, N.A.,

                Defendant.

---------------------------------------------------------------- x

Case No. 10-CIV-4244 (JS)(ARL)

**NOTICE OF MOTION**

       PLEASE TAKE NOTICE that, upon the accompanying Declaration of Renee Garcia, dated November 1, 2010, and the exhibits annexed thereto, Defendant Wells Fargo's Memorandum of Law in Support of Its Motion to Dismiss the Complaint, dated November 1, 2010, and all prior pleadings and papers filed in this action, Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), by its attorneys, Hogan Lovells US LLP, hereby moves this Court before the Honorable Joanna Seybert, at the United States Courthouse, 100 Federal Plaza, Central Islip, New York 11722, at a date and time to be set by the Court, for an order pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the claims as to Wells Fargo with prejudice in Plaintiffs' Original Petition filed in this action, and for such other relief as this Court may deem just and proper.

New York, New York
November 1, 2010

Respectfully submitted,


By:      _/s/ Rene Garcia_____
         Allison J. Schoenthal
         Victoria McKenney
         Renee Garcia
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Tel. (212) 918-3000
Fax (212) 918-3100
allison.schoenthal@hoganlovells.com
victoria.mckenney@hoganlovells.com
renee.garcia@hoganlovells.com

*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

2