UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------------- x
RODNEY & DAWN CHESTNUT,

            Plaintiffs,

  -against-

WELLS FARGO BANK, N.A.,

           Defendant.
---------------------------------------------------------------- x

Case No. 10-CIV-4244 (JS)(ARL)

## CERTIFICATE OF SERVICE

    I, Renee Garcia, attorney for Defendant Wells Fargo Bank, N.A., hereby certify that on November 1, 2010, true and correct copies of (1) the Notice of Motion; (2) Defendant Wells Fargo's Memorandum of Law in Support of Its Motion to Dismiss the Complaint and the unpublished decisions cited therein; (3) the Declaration of Renee Garcia and the exhibits annexed thereto; and (4) the Notice to Pro Se Litigant pursuant to Local Civil Rule 12.1, were served by USPS First Class Mail upon:

                      Rodney and Dawn Chestnut
                      112 W. Bartlett Road
                      Middle Island, NY 11953
                      *Plaintiffs Pro Se*

Dated: New York, New York
       November 1, 2010

                                      /s/   Renee Garcia
                                      Renee Garcia