| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) R. Chestnut   C. Date of Delivery 10/8/10<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br>DAWN & RODNEY CHESNUT<br>112 W. BARLETT ROAD<br>MIDDLE ISLAND, NY<br>11953 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered        ☒ Return Receipt for Merchandise<br>☐ Insured Mail      ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*     ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7006 2150 0001 2096 0124 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540