**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

DAWN CHESTNUT and RODNEY CHESTNUT,

            Plaintiffs,

    - against -

WELLS FARGO BANK, N.A.,

            Defendant.
---------------------------------------------------------------X

**JUDGMENT**
CV-10-4244 (JS)(ARL)

    A Memorandum and Order of Honorable Joanna Seybert, United States District Judge, having been filed on March 2, 2011, granting Defendant's motion to dismiss, dismissing the Complaint with prejudice, and directing the Clerk of Court to mark this matter closed, it is

    **ORDERED AND ADJUDGED** that Plaintiffs take nothing of Defendant; that Defendant's motion to dismiss is granted; that the Complaint is dismissed with prejudice; and that this case is hereby closed.

Dated: Central Islip, New York
       March 4, 2011

                                ROBERT C. HEINEMANN
                                CLERK OF THE COURT

                BY:    /S/ CATHERINE VUKOVICH
                              DEPUTY CLERK