**Hogan Lovells**

Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T +1 212 918 3000
F +1 212 918 3100
www.hoganlovells.com

September 20, 2011

**VIA ECF**

Hon. Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip, NY 11722

Re:   <u>Chestnut v. Wells Fargo Bank, N.A.</u>, Index No. 10-CV-4244

Dear Judge Seybert:

This firm represents Defendant Wells Fargo Bank, N.A. ("Wells Fargo") in the above-referenced action. We write to respectfully request an extension of Wells Fargo's time to oppose Plaintiff Rodney and Dawn Chestnut's ("Plaintiffs") motion to vacate (Rec. Doc. 34) until **October 11, 2011.** Attorney of record Renee Garcia is currently out of the office on her honeymoon and Victoria McKenneny has recently left the firm (a motion to withdraw was not filed, as this case was marked closed).

We requested consent to an adjournment from Plaintiffs by the enclosed letter dated September 15, 2011, but, as of the date of this letter, have not received any response from Plaintiffs.

Thank you for your consideration.

Respectfully submitted,

Allison Schoenthal
Partner
Allison.schoenthal@hoganlovells.com
D +1 212 918 3647

Enclosure

<u>Copy to (Via FedEx):</u>
Rodney and Dawn Chestnut
112 W. Bartlett Road
Middle Island, NY 11953

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. Hogan Lovells refers to the international legal practice comprising Hogan Lovells US LLP, Hogan Lovells International LLP, Hogan Lovells Worldwide Group (a Swiss Verein), and their affiliated businesses with offices in: Abu Dhabi  Alicante  Amsterdam  Baltimore  Beijing  Berlin  Boulder  Brussels  Caracas  Chicago  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  London  Los Angeles  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rome  San Francisco  Shanghai  Silicon Valley  Singapore  Tokyo  Warsaw  Washington DC  Associated offices: Budapest  Jeddah  Riyadh  Zagreb




Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T +1 212 918 3000
F +1 212 918 3100
www.hoganlovells.com

September 15, 2011

*VIA FEDERAL EXPRESS*

Rodney and Dawn Chestnut
112 W. Bartlett Road
Middle Island, NY 11953

Re:   **Chestnut v. Wells Fargo Bank, N.A.**, Index No. 10-CV-4244

Dear Mr. and Mrs. Chestnut:

This firm represents Defendant Wells Fargo Bank, N.A. ("Wells Fargo") in the above-referenced action. We received notice today that you have filed a motion to vacate the Court's order dated March 4, 2011 dismissing this action. We request your consent to an adjournment from September 26, 2011 until **October 11, 2011** for filing and service of our opposition papers.

Please contact me as soon as possible at (212) 918-3029 or the above mailing address to advise whether you consent to the requested adjournment.

Thank you.

Sincerely,

Renee Garcia (JHL)
Renee Garcia
Associate
renee.garcia@hoganlovells.com
D +1 212 918 3029

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. Hogan Lovells refers to the international legal practice comprising Hogan Lovells US LLP, Hogan Lovells International LLP, Hogan Lovells Worldwide Group (a Swiss Verein), and their affiliated businesses with offices in: Abu Dhabi  Alicante  Amsterdam  Baltimore  Beijing  Berlin  Boulder  Brussels  Caracas  Chicago  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  London  Los Angeles  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rome  San Francisco  Shanghai  Silicon Valley  Singapore  Tokyo  Warsaw  Washington DC  Associated offices: Budapest  Jeddah  Riyadh  Zagreb

US Airbill — Express

FedEx Tracking Number: 8729 9105 6128

Date: 9/15/11

Sender's Name: Renee Garcia
Sender's FedEx Account Number: 2163-2618-0
Company: HOGAN LOVELLS US LLP
Address: 875 3RD AVE FL 20
City: NEW YORK   State: NY   ZIP: 10022-6225
Phone: (212) 918-2926

Internal Billing Reference: 80945.471

Recipient: Rodney & Dawn Chestnut
Address: 112 W. Bartlett Rd.
City: Middle Island   State: NY   ZIP: 11953

4a Express Package Service: FedEx Priority Overnight (checked)

5 Packaging: FedEx Envelope (checked)

7 Payment: Sender (checked)

0422081683

SPH13